RICHARD M. WOOLLEY v. HOFFMAN–LA ROCHE, INC.

October 19, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. SHIRLEY EVANS.

October 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF E.S.

October 19, 1982.

Petition for certification denied.

GARY O'BRIEN v. MUSKIN CORPORATION AND KIDDIE CITY.

October 19, 1982.

Petition for certification granted.